[No. 8887–4–I.   Division One.   November 23, 1981.]

MARY JANE REDCAY, *Respondent,* v. WAYNE M. SNOW, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–04465–2, William C. Goodloe, J., entered May 12, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 9403–3–I.   Division One.   November 23, 1981.]

THE STATE OF WASHINGTON, *Appellant,* v. DONALD W. MILLS, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–2–00890–7, Dennis J. Britt, J., entered October 17, 1980. *Reversed* and *remanded* by unpublished opinion per Corbett, J., concurred in by James, C.J., and Williams, J.

[No. 4771–II.   Division Two.   November 23, 1981.]

THE CITY OF PORT ORCHARD, *Respondent,* v. LARRY ARNE HENDRICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–3607, James D. Roper, J., entered May 1, 1980. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.